**Order entered November 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01064-CV

### SM ARCHITECTS, PLLC AND ROGER STEPHENS, Appellants

### V.

### AMX VETERAN SPECIALTY SERVICES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11230**

## ORDER

Before us is appellee's motion to dismiss for lack of jurisdiction. The same issues and arguments presented in appellee's motion were presented in the briefs on appeal and addressed in this Court's opinion issued this same date. Because the issues presented in the motion were resolved in the appeal, appellee's motion is **DENIED AS MOOT**.

/s/    MOLLY FRANCIS
        JUSTICE